Civil Action No.   6:26-cv-00340

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Rob Bonta**
was recieved by me on **2/17/2026**:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☒ I left the summons at the individual's ~~residence or usual place of abode~~ (office) W.W. with **Marina Gregg, Receptionist**, a person of suitable age and discretion who ~~resides~~ (works) W.W. at **455 Golden Gate Ave Ste 11000, San Francisco, CA 94102**, on **02/17/2026** at **12:22 PM**, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 141.00 for services, for a total of $ 141.00.

I declare under penalty of perjury that this information is true.

Date: 2/18/2026

Server's signature

**W. Wollen Jr.**
Printed name and title

1463 45th Avenue
San Francisco, CA 94122

Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Complaint; Summons, to Marina Gregg, Receptionist who identified themselves as the person authorized to receive services of process at attorney general's office with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with an accent.

I served Rob Bonta at the address listed on the service order via delivery to the person authorized to receive services of process at his office at the address. The address is the San Francisco office if the CA Attorney General, who is Rob Bonta. At the address, I spoke with the woman who was behind the desk at the address. I asked her if she was authorized to receive a service if process on behalf of Rob Bonta, the CA Attorney General and she said yes she was.




Tracking #: 0209325546

Civil Action No.    6:26-cv-00340

She said she was authorized to receive the service of process but not accept it and gave me a pink sheet that describes the difference - see photo in the service notes. She said her name was **Marina Gregg** and her title was receptionist. She said she was the receptionist at the SF office of CA Attorney General Rob Bonta I told her I had such a service of process for Rob Bonta and that she was the correct person to receive the service if process and was duly authorized to do so. I said I had such a service of process for Rob Bonta and would give it to her if she was authorized to receive it. She said okay and reached for the documents, Complaint; Summons, I was holding. I handed them directly to her and she took them from me, accepting their delivery. She said thank you and put them behind her desk at the address. She gave me a stamped filing receipt for the service of process - see photo in the service notes.




Tracking #: 0209325546