Civil Action No.    6:26-cv-00340

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **David Chiu**
was recieved by me on **2/17/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

[handwritten: office W.W.]

[X] I left the summons at the individual's ~~residence or usual place of abode~~ with **Sophia Robless, Receptionist**, a person of suitable age and discretion who ~~resides~~ at **City Hall, Room 200, 1 Dr Carlton B Goodlett Pl Room 200, San Francisco, CA 94102**, on **02/17/2026 at 1:45 PM**, and mailed a copy to the individual's last known address; or

[handwritten: W.W. works]

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00**.

I declare under penalty of perjury that this information is true.

Date: 2/18/2026

[signature]
_____
Server's signature

**W. Wollen Jr.**
_____
Printed name and title

1463 45th Avenue
San Francisco, CA 94122

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Complaint; Summons, to Sophia Robless, Receptionist who identified themselves as the person authorized to accept services of process with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.

I served DAVID CHIU at the address listed on the service order via delivery to the person authorized to accept service of process on his behalf who said her name was Sophia Robless and whose title was receptionist. At the address, I spoke with the woman who was behind the desk at the address. I asked her if she was authorized to accept services of process on behalf of David CHIU and she said yes she was. I told her I had such a service of process for DAVID



Tracking #: 0209325932

Civil Action No.   6:26-cv-00340

CHIU. She said okay and reached for the documents, Complaint; Summons, I was holding. I handed them directly to her and she took them from me, accepting their delivery. She said thank you and put them amongst the papers on her desk.





Tracking #: 0209325932