UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC and ALEXANDER HOLLADAY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,

*Defendants*.

_____/

# **DECLARATION OF ALEXANDER HOLLADAY IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Alexander Holladay, declare and state as follows:

1. I, and my company, Ctrlpew LLC, are the Plaintiffs in the above-styled action. I submit this Declaration, which is filed in support of my Motion for a Temporary Restraining Order and Preliminary Injunction. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify as to the following facts set forth below.

2. I am an author who creates written, pictorial, and three-dimensional works predominantly relating to firearms and the right to bear arms.

3. I own and operate the website Ctrlpew.com, where I publish and link to many of my works.

1

4. On February 18, 2026, I received a copy of the complaint that the Defendants in this action filed against me in San Francisco, California, in the mail.

5. Because Defendants have threatened me with civil and criminal penalties related to my written, pictorial, and three-dimensional works, I have ceased publishing any new works relating to firearms or the right to bear arms.

6. I have never designed or published on my website any files relating to machinegun conversion devices. The most I have ever done on my website is indicate that they exist.

7. My three-dimensional works have expressive value not just in their ability to communicate how a gun looks to other gun designers and gun enthusiasts, many of whom appreciate their modern aesthetics, but in their use for education (in learning how guns work, and how they are made), research (in studying material science, engineering, and structures technology), historical interest (not just because of how guns are intrinsically intertwined with this nation's history, but that the specific three-dimensional works I create are part of a new chapter in the story of firearms history), as well as art and 3D animations depicting the firearm (which are generally entertaining for gun enthusiasts to look at, can convey a better understanding of how the guns work, and can instill a passion an interest in engineering and learning how things are made).

8. My written and pictorial works have expressive value not just in the way that they depict, describe, and detail firearms, but in the way that they help instruct proper firearm maintenance, safety tips. Additionally, they facilitate education, research, historical interest, and art in a similar manner to the three-dimensional works as explained above.

9. As an artist, I have a modest income, and am deeply chilled by the penalties Defendants threaten me with for my Florida-based speech.

10. But for Defendants' threats and mailings, I would continue publishing my works as usual.

11. None of my activities relating to the creation or publication of my works occur outside the state of Florida.

12. I do not direct any of my works to California nor do I target California viewers.

13. A substantial portion of my income is derived from my written and pictorial works, and from my website, CtrlPew.com.

14. On February 18, 2026, I became aware of Defendants' intent to disrupt my "websites and online profiles" through injunction in California.

15. If Defendants are able to disrupt the purely-Florida activity of my websites and online profiles, I will be unable to connect with my followers, and if I am unable to continue publishing regularly, I expect to lose a substantial amount of my audience, and therefore, my income.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February, 2026, in Orlando, FL.

*[signature]*

Alexander Holladay