# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CTRLPEW LLC and**
**ALEXANDER HOLLADAY,**

       **Plaintiffs,**

v.                                        **Case No: 6:26-cv-340-PGB-RMN**

**DAVID CHIU and ROB BONTA,**

       **Defendants.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Order of February 12, 2026 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that Plaintiffs shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on March 5, 2026.

                                                    PAUL G. BYRON
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties