United States District Court
Middle District of Florida
Orlando Division

**CTRLPEW LLC and
ALEXANDER HOLLADAY,**
    *Plaintiffs,*

v.                                                  No. 6:26-cv-340

**DAVID CHIU, in his official capacity
as San Francisco City Attorney, and
ROB BONTA, in his official capacity
As Attorney General of California.**

    *Defendants.*

_____

## Unopposed Motion for Special Admission

Kristin A. Liska, Esquire, moves for special admission to represent defendant Attorney General Rob Bonta in this action.

I am not a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Northern, Central, Eastern, and Southern Districts of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

1

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated:  March 6, 2026              */s/ Kristin Liska*
                                                        KRISTIN A. LISKA
                                                        (CA Bar No. 315994)
                                                        *Deputy Attorney General*
                                                            California Department of Justice
                                                            Office of the Attorney General
                                                            455 Golden Gate Ave., Suite 11000
                                                            San Francisco, CA 94102
                                                            Telephone: (415) 510-3916
                                                            E: mail:  Kristin.Liska@doj.ca.gov
                                                        *Attorney for Defendant Attorney General Rob Bonta*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

Dated:  March 6, 2026          Respectfully submitted,

*/s/ Kristin Liska*
KRISTIN A. LISKA
(CA Bar No. 315994)
*Deputy Attorney General*
  California Department of Justice
  Office of the Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-3916
  E: mail:  Kristin.Liska@doj.ca.gov

*Attorney for Defendant Attorney General Rob Bonta*