UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC and ALEXANDER HOLLADAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>    Defendants. | Case No. 6:26-CV-340 |

## Unopposed Motion for Special Admission

Karun A. Tilak moves for special admission to represent defendant David Chiu, in his official capacity as San Francisco City Attorney, in this action.[1]

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Northern, District of California.

---

[1] Undersigned counsel previously filed an unopposed motion for special admission in this case (ECF No. 11) which was denied without prejudice because the motion did not bear counsel's signature (ECF No. 13).

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any case in the State or Federal Court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to my special admission.

Dated: March 9, 2026	Respectfully submitted,

By: <u>/s/ Karun A. Tilak</u>
KARUN A. TILAK, Deputy City Attorney
(CA Bar No. 323939)

San Francisco City Attorney's Office
1390 Market St., 7th Floor
San Francisco, CA 94102
Telephone: (415) 355-3308
Email:	karun.tilak@sfcityatty.org

*Counsel for Defendant San Francisco City Attorney David Chiu*