UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC and ALEXANDER HOLLADAY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　Defendants. | Case No. 6:26-CV-340 |

## UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants David Chiu in his official capacity as San Francisco City Attorney ("City Attorney Chiu") and Rob Bonta in his official capacity as Attorney General of California ("Attorney General Bonta") (collectively, "Defendants") hereby move the court for an extension of Defendants' deadline to respond to Plaintiffs' complaint. Plaintiffs consent to the relief requested through this motion.

I.　**BACKGROUND**

Plaintiffs filed the complaint in this action on February 11, 2026. ECF No. 1. City Attorney Chiu was served with the summons and complaint on

1

February 17, 2026, and Attorney General Bonta was served on February 18, 2026.  Pursuant to Federal Rule of Civil Procedure 12, City Attorney Chiu's deadline to respond to the complaint is March 10, 2026, and Attorney General Bonta's deadline to respond to the complaint is March 11, 2026.

Lead counsel for City Attorney Chiu was out of the country between February 13, 2026 and March 1, 2026 due to travel plans arranged prior to the filing of Plaintiffs' lawsuit.  Tilak Decl. ¶ 3.  Lead counsel for Attorney General Bonta is also unavailable during the week of March 9, 2026 due to pre-existing personal commitments.  Tilak Decl. ¶ 4.

On March 2, 2026, Defendants' counsel emailed Plaintiffs' counsel seeking an extension of 30 days—to April 9, 2026—for Defendants to respond to Plaintiffs' complaint.  Tilak Decl. ¶ 5.  On March 2, Plaintiffs' counsel responded indicating that Plaintiffs consented to the requested 30-day extension for both Defendants.  *See* Tilak Decl. ¶ 6, Ex. A.

II. **ARGUMENT**

Under Federal Rule of Civil Procedure 6(b)(1), the Court may for good cause extend deadlines imposed by the Federal Rules.  Here, good cause exists for the 30-day extension that Defendants request.  As noted above, Defendants' counsel have been unavailable due to pre-planned conflicts for the majority of the time period since Plaintiffs filed their complaint.  *See, e.g.*, *Sutton v. Fla. Dep't of Corr.*, No. 05-61712-CIV, 2007 WL 2316609, *1 (S.D. Fla. Aug. 9, 2007)

(finding good cause for 30-day continuance in light of defense counsel's unavailability due to pre-planned conflicts).

Counsel for the City Attorney's Office sought an extension immediately after returning to the country, and Plaintiffs have indicated that they consent to the extension. A brief 30-day extension will not result in undue prejudice or delay where, as here, no case schedule has been set and the parties have not yet met-and-conferred to submit a Case Management Report.

## III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court extend Defendants' deadline to respond to Plaintiffs' complaint to April 9, 2026.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to the relief requested herein.

Dated: March 9, 2026

DAVID CHIU, City Attorney
YVONNE R. MERÉ, Chief Deputy City Attorney
SARA J. EISENBERG, Chief of Complex & Affirmative Litigation
RONALD H. LEE, Assistant Chief of Complex & Affirmative Litigation
KARUN TILAK, Deputy City Attorney

By: */s/ Sara J. Eisenberg*
SARA J. EISENBERG*
San Francisco City Attorney's Office
1390 Market St., 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-3874
Email: sara.eisenberg@sfcityatty.org

*Attorneys for Defendant David Chiu in his official capacity as San Francisco City Attorney*

*admitted pro hac vice

ROB BONTA, Attorney General of California
ANYA M. BINSACCA
CHARLES J. SAROSY, Supervising Deputy Attorneys General
KRISTIN A. LISKA, Deputy Attorney General

By: */s/ Kristin A. Liska*
KRISTIN A. LISKA*
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3916
E: mail: Kristin.Liska@doj.ca.gov

*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California*

*pro hac vice application pending

4