# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Larosiere |
| **To:** | Tilak, Karun (CAT) |
| **Cc:** | vesna.cuk@doj.ca.gov; Kristin.Liska@doj.ca.gov |
| **Subject:** | Re: CtrlPew LLC, et. al. v. David Chiu, et. al. |
| **Date:** | Monday, March 9, 2026 5:01:52 AM |
| **Attachments:** | image001.jpg |

Howdy Karun,

We consented to your motion, but I don't have authority to make it a joint motion or stipulation.

Yours,
Matt

On Thu, Mar 5, 2026 at 1:55 PM Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org> wrote:

> Matt,
>
> Following up on the below, we've prepared a stipulation regarding Defendants' deadline to respond to the complaint. Please let us know if you have any edits. If it looks ok to you, please add your signature block and we can get the stipulation on file.
>
> Best,
>
> Karun
>
> 
>
> **Karun Tilak**
>
> Deputy City Attorney
>
> Office of City Attorney David Chiu
>
> Phone: (415) 355-3308
>
> Email: karun.tilak@sfcityatty.org
>
> www.sfcityattorney.org

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Monday, March 2, 2026 3:11 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Cc:** vesna.cuk@doj.ca.gov; Kristin.Liska@doj.ca.gov
**Subject:** Re: CtrlPew LLC, et. al. v. David Chiu, et. al.

Howdy counsel,

Plaintiffs consent to a 30 day extension for both defendants. I expect you'd file jointly so I hope the request would unify your deadlines.

Nothing else comes to mind at this point. But if you wanna chat, I'd be happy to make time for you.

Take care!

Yours,

Matt

On Mon, Mar 2, 2026, 5:41 PM Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org> wrote:

> Counsel:
>
> We saw that the Court denied Plaintiffs' TRO motion. We wanted to reach out to discuss next steps in the litigation.
>
> Based on service of the complaint, we understand that our current deadline to respond to the complaint is March 10. However, lead counsel for the City has been out of the country for the last two weeks, and lead counsel for the State will be out next week. As such, we would like to request an extension of 30 days (to April 9) to file our response to the complaint. Please let us know if Plaintiffs are amenable to this extension. We would

appreciate a response by close of business tomorrow given the upcoming deadline.

We would also like to discuss how Plaintiffs intend to proceed in light of the Court's decision, in case it impacts the timing of Defendants' response or the case schedule more generally.  Please let us know if you are available this week to discuss the case.

Best,

Karun



**Karun Tilak**

Deputy City Attorney

Office of City Attorney David Chiu

Phone: (415) 355-3308

Email:  karun.tilak@sfcityatty.org

www.sfcityattorney.org

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Thursday, February 19, 2026 11:06 PM
**To:** vesna.cuk@doj.ca.gov; Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Subject:** CtrlPew LLC, et. al. v. David Chiu, et. al.

Hello Counsel,

I represent Alexander Holladay and CtrlPew LLC. We have filed a lawsuit alleging a violation of their First Amendment rights, among other things. We have requested a TRO (temporary restraining order) upon seeing your recent filings exhibiting an immediate desire to silence Plaintiffs through third parties.

I have attached the motion and its exhibits to this email. For your convenience, I have also

attached a copy of the complaint. If you have any questions, please do not hesitate to contact me. Thank you.

Yours,

Matthew Larosiere, Esq.