UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC and ALEXANDER HOLLADAY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 6:26-CV-340 |

**DECLARATION OF KARUN TILAK IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

I, Karun A. Tilak, declare and state as following:

1. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and lead counsel for Defendant David Chiu in his official capacity as San Francisco City Attorney ("City Attorney Chiu") in the above-captioned matter. I am presently seeking *pro hac vice* admission to practice before this Court.

2. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

3. Between February 13, 2026 and March 1, 2026, I was out of the country on travel planned prior to Plaintiffs' filing of this lawsuit.

4. I am informed that lead counsel for Defendant Rob Bonta in his official capacity as California Attorney General ("Attorney General Bonta") will be unavailable between March 9, 2026 and March 13, 2026 due to pre-existing personal commitments.

5. On March 2, 2026, upon returning to the country, I emailed Plaintiffs' counsel requesting a 30-day extension to April 9, 2026 for Defendants to respond to Plaintiffs' complaint.

6. On March 2, 2026, Plaintiffs' counsel responded indicating that Plaintiffs "consent to a 30 day extension for both defendants."

7. Attached hereto as Exhibit A is a true and correct copy of the relevant email correspondence between the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on March 9, 2026.

*/s/ Karun A. Tilak*
KARUN A. TILAK