UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340-PGB-RMN

CTRLPEW LLC and
ALEXANDER HOLLADAY,

*Plaintiffs,*

v.

DAVID CHIU and ROB BONTA,

*Defendants.*

_____/

## CTRLPEW LLC'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

### Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

CTRLPEW LLC has no parent corporation, and no publicly held corporation holds any of its shares.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

Plaintiff CTRLPEW LLC cannot name any specific entity or natural person with an interest the action's outcome might substantially affect.

1

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

Plaintiff CTRLPEW LLC is unaware of any such lawyer.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

Plaintiff is not currently aware of any such entity or natural person.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

Plaintiff is not currently aware of any such conflict.

## CITIZENSHIP INFORMATION

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Plaintiff CTRLPEW LLC is a Florida limited liability corporation with a principal place of business in Orlando, Florida.

2

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

N/A

## Certificate

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Respectfully submitted,

DATED:  March 18, 2026

/s/ *Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of
Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email:
Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581

4