UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340-PGB-RMN

CTRLPEW LLC and
ALEXANDER HOLLADAY,

*Plaintiffs,*

v.

DAVID CHIU and ROB BONTA,

*Defendants.*

_____/

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE,**

Plaintiffs, by and through undersigned counsel, respond to this Honorable Court's March 5 Order to Show Cause and state:

1. Plaintiffs respectfully apologize for failing to timely comply with the Court's February 12, 2026 Order.

2. The failure was not willful and was not the product of bad faith. Undersigned counsel originally expected that another attorney would be assuming primary responsibility as lead counsel and, as a result, did not properly calendar the deadlines set by the Court's initial Order.

3. During the same period, undersigned counsel was also handling substantial obligations in other matters pending in other federal districts, and was simultaneously engaged in preparation of a petition for writ of certiorari. Those obligations do not excuse the oversight, but they contributed to the undersigned's failure.

1

4.  Since entry of the Order to Show Cause, Plaintiffs have cured the deficiency by filing the required Notice of Pendency of Other Actions at Docket No. 25 and the required Disclosure Statements at Docket Nos. 23-24.

5.  Plaintiffs respectfully submit that no party has been prejudiced by the delay, and the Court's concerns identified in the Order to Show Cause have now been addressed.

6.  The undersigned has now taken note of the applicable deadlines and taken steps to ensure that no similar failure occurs again.

WHEREFORE, Plaintiffs respectfully request that the Court discharge the Order to Show Cause and permit this action to proceed.

DATED:  March 18, 2026

Respectfully submitted,

> */s/Matthew Larosiere*
> Matthew Larosiere, Esq.
> Fla. Bar. No. 1005581
> The Law Offices of
> Matthew Larosiere
> 6964 Houlton Circle
> Lake Worth, FL 33467
> Email:
> Larosieremm@gmail.com
> Tel: (561) 452-7575
> *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581