**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CTRLPEW LLC and ALEXANDER HOLLADAY,**

        **Plaintiffs,**

**v.**                                                            **Case No: 6:26-cv-340-PGB-RMN**

**DAVID CHIU and ROB BONTA,**

        **Defendants.**

_____

### Defendant David Chiu's Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

__X__    IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
 People of the State of California v. Gatalog Foundation et al.,
 Superior Court for the County of San Francisco
 CGC-26-633508 (filed Feb. 6, 2026)

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 3/19/2026

_____                    _____
SARA J. EISENBERG*
Chief of Complex & Affirmative
Litigation

Counsel for Defendant San
Francisco City Attorney David
Chiu

*admitted pro hac vice