**Subscribe to Our Newsletter**    Enter your email    Subscribe



## **ROB BONTA**

*Attorney General*

# Ghost Gun Crackdown: Attorney General Bonta Files Landmark Lawsuit

Press Release    /    *Ghost Gun Crackdown: Attorney General Bonta Files Landmark L…*

Friday, February 6, 2026

Contact: (916) 210-6000, agpressoffice@doj.ca.gov

*The lawsuit targets entities that facilitate the illegal manufacture of 3D printed ghost guns*

**SAN FRANCISCO** — California Attorney General Rob Bonta together with San Francisco City Attorney David Chiu today announced a trailblazing lawsuit against Gatalog Foundation Inc. and CTRLPew LLC for unlawfully distributing computer code for 3D printing ghost guns, machine gun conversion devices including "Glock Switches," illegal large-capacity magazines, and other firearm-related products and components to individuals who are not licensed to manufacture firearms in California. In addition, the defendants are being held accountable for promoting and facilitating the unlawful manufacture of 3D printed firearms and machine guns. The lawsuit was filed in the San Francisco County Superior Court.

"This groundbreaking lawsuit shows that our office is not bound by the old playbook. Similar to these defendants, we think creatively, but our aim is to protect public safety rather than obstruct it," **said Attorney General Rob Bonta.** "These defendants' conduct enables unlicensed people who are too young or too dangerous to pass firearm background checks to illegally print deadly weapons without a background check and without a trace. This lawsuit underscores just how dangerous the ghost gun industry is and how much harm its skip-the-background-check business model has done to California's communities. Thankfully, there is hope. We have made progress in addressing this threat in our state and we will continue this good work. California is building a model for policymakers in other states and in Congress to comprehensively address the ghost gun crisis nationwide. I'm committed to continuing to prioritize efforts to protect Californians from an industry that skirts the law to arm people who never passed a background check with weapons designed to end life."

"Gatalog is distributing blueprints for some of the world's most dangerous and untraceable weapons," said **San Francisco City Attorney David Chiu**. "Ghost guns bypass background checks and leave law enforcement no trail in violent crimes. Gatalog is illegally disseminating computer code that makes it quick, cheap, and easy for anyone, including teenagers, to 3D-print ghost guns and convert firearms into machine guns. They are making it easier to put guns in the hands of dangerous individuals, including those barred from owning a firearm. We're asking the Court to stop Gatalog's illegal distribution of ghost gun blueprints, which makes us all less safe."

"We applaud Attorney General Bonta and City Attorney Chiu for their leadership and decisive action confronting the serious threat to public safety posed by 3D-printed guns," said **Adam Skaggs, Chief Counsel and Vice President, GIFFORDS Law Center to Prevent Gun Violence**. "We have fought the ghost gun threat for years, including by partnering with Attorney General Bonta to permanently stop three reckless ghost gun companies from ever doing business in the state of California. But a new generation of

irresponsible gun industry actors are trying to unlawfully arm minors, people with felony convictions, and domestic abusers by letting them 3D-print their own guns without any background checks. Today's decisive action against Gatalog is a critical first step in showing they are not above the law and stopping those who would profit from undermining public safety."

In violation of several laws, the defendants make files containing computer code and step-by-step instructions for 3D printing firearms, machine gun conversion devices, and other firearm accessories available for download in California. They also provide guides for 3D printing firearms, sell merchandise, and solicit donations. In addition, they offer a platform for gun developers to test their 3D printing designs and submit them for approval and distribution.

Ghost guns are firearms manufactured without valid serial numbers by individuals who are not licensed to manufacture firearms. Over the past decade, California communities have faced a fast-growing safety threat from the ghost gun industry, which has sold a range of products and services designed to enable unlicensed individuals to assemble or produce firearms without any background check, serial number, or other vital protections. These entities have sought to gain an unfair business advantage over responsible, licensed firearm businesses by selling skip-the-background-check products and services that facilitate the unlawful production of firearms, and the conversion of legal weapons into illegal assault weapons and machine guns. These entities have also induced California consumers to purchase certain firearm-related products while deceptively failing to notify them that it would be a crime to use those products for their intended purpose.

For more comprehensive background and data about ghost guns and California laws designed to stop the proliferation of ghost guns in crime, see the California DOJ Office of Gun Violence Prevention's reports, California's Fight Against the Ghost Gun Crisis:

Progress and New Challenges (October 2024) and California Ghost Gun Laws Reference Guide (revised December 2025).

# # #

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2026 DOJ