ROB BONTA (SBN 202668)
Attorney General of California
NICKLAS A. AKERS (SBN 211222)
Senior Assistant Attorney General
MICHAEL E. ELISOFON (SBN 240707)
Supervising Deputy Attorney General
VESNA CUK (SBN 309157)
ANDREW J. WIENER (SBN 282414)
DANIEL DUBOIS (SBN 345123)
REBECCA S. ROBERTS (SBN 225757)
BRENDAN RUDDY (SBN 297896)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3782
  Fax:  (415) 703-5480
  E-mail:  vesna.cuk@doj.ca.gov

DAVID CHIU (SBN 189542)
San Francisco City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Asst. Chief of Complex and Affirmative Litigation
KARUN A. TILAK (SBN 323939)
Deputy City Attorney
  Fox Plaza
  1390 Market Street, 6th Floor
  San Francisco, CA  94102-5408
  Telephone:  (415) 355-3308
  Fax:  (415) 437-4644
  E-mail:  karun.tilak@sfcityatty.org

*Attorneys for Plaintiff, The People of the State of California*

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**04/01/2026**
**Clerk of the Court**
BY: SANDRA SCHIRO
Deputy Clerk

[EXEMPT FROM FILING FEES
PURSUANT TO
GOVERNMENT CODE
SECTION 6103]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**GATALOG FOUNDATION INC., a Florida corporation; CTRLPEW LLC, a Florida limited liability company; ALEXANDER HOLLADAY; MATTHEW LAROSIERE; JOHN ELIK AKA "Ivan The Troll"; and DOES 1 through 100, inclusive,**<br><br>                                    **Defendants.** | Case No. CGC-26-633508<br><br>**PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:        April 6, 2026<br>Time:        11:00 a.m.<br>Dept:        304<br>Judge:      Hon. Ethan P. Schulman<br>Action Filed:   February 6, 2026<br>Trial Date:     Not yet set |

1

Pursuant to rules 3.1150, and 3.1200 through 3.1207 of the California Rules of Court ("CRC") and Rule 9.0 of the Local Rules of Court for the San Francisco Superior Court, Plaintiff the People of the State of California, by and through California Attorney General Rob Bonta and San Francisco City Attorney David Chiu (the "People"), hereby apply to the Court *ex parte* for an Order to Show Cause Re: Preliminary Injunction enjoining Defendants Gatalog Foundation Inc., Ctrl Pew LLC, Alexander Holladay, Matthew Larosiere, and John Elik ("Defendants") and their agents, officers, managers, representatives, employees, heirs, assignees, members, associates, affiliates, and all persons acting in concert with or participating with them or acting on their behalf, from violating Civil Code sections 3273.61 and 3273.625 and Business and Professions Code sections 17200 et seq.  Specifically, the People seek an Order to Show Cause as to why Defendants should not be enjoined from distributing or causing to be distributed digital firearm manufacturing code to unauthorized individuals in California and aiding, abetting, promoting or facilitating the unlawful manufacture of firearms in California.  The specific relief requested by the People is specified in the [Proposed] Order to Show Cause Re: Preliminary Injunction submitted contemporaneously with this Application.

Based on the allegations contained in the People's complaint, the People's motion for preliminary injunction, and the declarations submitted in support of that motion and the instant application, the People are entitled to restrain the Defendants' continued illegal acts that are causing great or irreparable injury to the People and the general public in California. (Code of Civil Procedure §§ 526(a)(1)-(2), 527(a); Civil Code §§ 3273.61(c)(2), 3273.625(c)(2); Business and Professions Code § 17203.)  Pursuant to CRC 3.1150(a), an Order to Show Cause must be used to obtain the preliminary injunctive relief sought by the People, as Defendants have not yet appeared in this action.

The People seek an Order to Show Cause on an *ex parte* basis.  Pursuant to CRC 3.1202(a), the People are aware of the following attorney for Defendants: Cameron Schlagel, Snell & Wilmer, 600 Anton Blvd., Ste. 1400, Costa Mesa, CA 92626, cschlagel@swlaw.com, 714-427-7547. The People have provided notice of this application to Mr. Schlagel. The People have not previously applied to any judicial officer for similar relief in this matter or with regard to these

2

Defendants.  (CRC 3.1202(b).)  The declarations submitted in support of the People's concurrently filed Motion for Preliminary Injunction—i.e., the declarations of Paul Briant, Ph.D., P.E., Salvador Gonzalez, Derrick Lew, Stephen Wagstaffe, Bryant Weatheroy, Brent Jordan, Belinda Chan, and Jacinto Fernandez—and the exhibits attached thereto demonstrate Defendants' unlawful conduct and the associated immediate and irreparable public safety harms, and establish a factual showing of the People's entitlement to *ex parte* relief in the form of an Order to Show Cause why Defendants should not be preliminarily enjoined.  (CRC 3.1202(c).)

This Application is based on the Complaint on file in this case, the Memorandum of Points and Authorities in Support of the People's Ex Parte Application for an Order to Show Cause Re: Preliminary Injunction, the Declaration of Karun Tilak in Support of the People's Ex Parte Application for an Order to Show Cause Re: Preliminary Injunction; the [Proposed] Order to Show Cause Re: Preliminary Injunction, the Memorandum of Points and Authorities in Support of the People's Motion for Preliminary Injunction, the accompany declarations in support of the People's Motion for Preliminary Injunction, and all such other oral and documentary evidence as may be submitted to the Court before or at the hearing.

Respectfully submitted,

Dated:  April 1, 2026

ROB BONTA
Attorney General of California

By:  */s/ Vesna Cuk*

VESNA CUK
Deputy Attorney General

Dated:  April 1, 2026

DAVID CHIU
City Attorney of San Francisco

By:  */s/ Karun A. Tilak*

KARUN A. TILAK
Deputy City Attorney

*Attorneys for Plaintiff*
*The People of the State of California*

THE PEOPLE'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
CGC-26-633508