STEP AP203



TITLE: JoshieWoshie9.STEP

PART NO: JoshieWoshie9

REVISION: ANY

DESIGNER: AH

ENGINEER:

NOTES:

THE INFORMATION AND/OR MATERIAL IN THIS DOCUMENT IS THE PROPERTY OF AND RESTRICTED. INFORMATION AND/OR MATERIAL OF THE AUTHOR. THIS INFORMATION MAY NOT BE USED, REPRODUCED, PUBLISHED OR DISCLOSED TO OTHERS WITHOUT WRITTEN AUTHORIZATION. IT IS TO BE USED ONLY FOR MANUFACTURING ITEMS SPECIFIED WITHIN THE DOCUMENT.





Right



Top



Front



Isometric