

**THE TAC DADDY - CTRL+PEW**

# FORWARD

We've finally done it. We have arrived, and I am happy to reveal to you all the TacDaddy in its ready-for-you form. I won't call it final because I already have some designs in motion for its second generation. I feel that this is the nicest 9mm carbine-pistol-ish-thing that I have shot to date. Its comfort and reliability far exceed that of the MacDaddy (not to mention the parts availability (theoretically anyway)).

This is a 9mm blowback pistol based around the Tac 9 from Sol Invictus. Its an exceedingly simple print suitable for any beginner or novice to cut their teeth on. Straight forward in its setup and assembly and with generous tolerances, it should easily come together for a pleasant early printing and shooting experience.

I'd like to thank my dedicated teams of alpha and beta testers who found and helped me resolve several pesky reliability issues with the magazine fitment and other various problems. Cheers to them. And cheers to you for reading the readme.

If you would like to show your support for our mission here at CTRL+Pew, the community at large, or any of our projects please consider:
- Donating BTC - https://ctrlpew.com/donate-to-ctrlpew/



- Donating Monero -



- Donating Etherium -
- (If you have specific crypto you would like to donate please message me about it. I have too many wallets to list them all)
- Or shopping at https://ctrlpew.com/shop
- Or shop utilizing the affiliate links found here https://ctrlpew.com/x/

THE TAC DADDY - CTRL+PEW

-From my hands to yours.
-From Pew with love.

# TABLE OF CONTENTS

- HARDWARE .......................................................................................... 4
- TOOLS .......................................................................................... 4
- ORIENTATION AND SETTINGS .......................................................... 5
- ASSEMBLY .......................................................................... 8
- TROUBLESHOOTING .................................................................. 13
- FUTURE .......................................................................... 13
- LICENSE .......................................................................... 13

**THE TAC DADDY - CTRL+PEW**

# HARDWARE

This is the hardware set we are repurposing:
- https://maf-arms.com/product/tac-chime/

OR
- https://maf-arms.com/product/tac-chime-with-8-resonator/

You also need:
- AR fire control group - https://maf-arms.com/product/ar15-fire-control-wind-chime/ or https://snp.link/8722683f
- AR Pistol grip - https://maf-arms.com/product/ar-grip-chime-accent/
- 1x 1"x1/4" Grip screw (but you can drill it to m5 or m6 if you have them handy.
- 2x m3x10mm bolts - Handguard retention screws https://www.mcmaster.com/91290A115/
- 2x M3 Hex Nuts - https://www.mcmaster.com/95462A029/
- 1x m5x15nut and bolt. - Receiver tensioning screw https://www.mcmaster.com/90592A095/

# TOOLS

- Pliers
- Clippers
- Other support removal tools of the user's choice
- 2x 1/16th hex wrenches - ejector top pin
- 3/32nd hex Wrench - ejector bottom pin
- 5/32nd hex left takedown sex bolt
- 1/8th hex wrench right takedown sex bolt
- Small gunsmithing hammer
- A light lubricant or oil\
- A tap appropriate for your grip screw. (standard ar grip bolt is 1/4x28) https://www.mcmaster.com/2521A661/
- (ideal) torque wrench, (common) crescent wrench, or (basic) adjustable wrench for the muzzle device. ¾" at the time of writing.

THE TAC DADDY - CTRL+PEW

# ORIENTATION AND SETTINGS

## FRAME



- Magwell/trigger guard on the print bed.
- Rotated L/R 45 degrees
- You can try others if you like. It's not overly sensitive to orientation. This one provided the fastest and most sturdy prints.
- It should fit on the standard ender 3 or 5 print bed pointed from one corner to the other.
  - If it does not
    - make sure your bed is set to 235x235.
    - Check that your build plate adhesion settings are "none"
- Infill: 100%
- Walls/Shell: 6-8
- Layer: .16 - .2

## THE TAC DADDY - CTRL+PEW

- Support: Yes/Normal
  - Tree supports may cause issues when interacting with the outside edges of your print bed. I would advise against using it but I've also had it work well.

## SHOE



- The specific orientation of this is not critical. As long as it's on its side as pictured.
- Same Print settings as the frame.

# THE TAC DADDY - CTRL+PEW

## HANDGUARDS



- Handguards are oriented with the muzzle end down.
  - There is a small shelf that extends off the pic rail interfacing with the end of the one on the main tube. This end up.
- Settings are the same as the frame.
- Use whichever support type you prefer
- There are a variety of handguards to select from. They all use about the same settings.



**THE TAC DADDY - CTRL+PEW**

# ASSEMBLY

You should receive your hardware with the barrel, trunion, and front mating lug installed and the bolt mostly assembled. If you did not, I will be putting out a full teardown, assembly, and maintenance video very soon.

## BOLT ASSEMBLY



Tools & Parts required
- 1x Main Bolt body
- 1x Bolt tail
- 4x 30mm bots
- 1x 9/64th hex wrench
- Blue Loctite (recommended,optional)



Orient the tail as shown with the larger cut facing the top of the bolt.



Apply blue Loctite to the bolts. Then using the 9/64th hex key install the 4 bolts

## THE TAC DADDY - CTRL+PEW

## TOP RAIL & MUZZLE DEVICE INSTALLATION



Tools & Parts Required
- 1x 9/64th hex key
- 1x phillips head screwdriver
- 1x 16mm hex head bolt
- 2x 10mm flat head bolt
- 1x 5/8"-24 muzzle device
- Top rail
- Tube assembly



The cut end of the rail (in the image) goes towards the front of the tube assembly. Line up the holes and use the 16mm bolt to secure them.



Flip the receiver over and drop each of the 10mm phillips screws into the two remaining holes.

## THE TAC DADDY - CTRL+PEW

Next, thread the muzzle device onto the end of the barrel and set the assembly aside.

## BOLT & RECOIL ASSEMBLY INSTALLATION



Parts Required
- Upper tube assembly
- Bolt assembly
- Charging handle
- Guide rod and buffer pad assembly
- Long recoil spring
- Short recoil spring
- 3/16th hex key



Insert the bolt into the back end of the tube assembly. And align the threaded hole in the side of the bolt with the cutout at the back of the charging handle slot.

Insert the charging handle and tighten using the 3/16th hex key.

Check to ensure the charging handle will travel the length of the slot without binding.



On the guide rod, place the shorter spring and then the longer spring on it. Then feel the spring into the hole at the back of the bolt (shown).

Set completed tube assembly aside.

## FRAME CLEANUP AND FINISHING

Remove all support material using whatever tools you prefer.
Use the hammer or trigger pin to ream their respective holes to size.
Use a 3/8th drill bit (spinning backward in a drill) to ream the selector hole to size.
Use the 1/4x28 tap to cut the threads for the grip screw or if you're cheap you can use the actual screw you are using to cut the threads. If it's not a ¼" screw you should drill to the appropriate size first.

## THE TAC DADDY - CTRL+PEW

## MAG CATCH AND FIRE CONTROL INSTALLATION



Install the grip and fire controls, mag catch, and grip as you would normally in an AR15.

## INSTALLING THE EJECTOR



Parts required
- Ejector
- Ejector sex bolt & mating screw (small screw)
- Ejector locking screw (8mm domed)

Insert and align the ejector holes as well as possible. It should be quite tight.
Insert the sex bolt through the top hole (you may need to tap this with a hammer and punch to get it through.
Insert mating screw on the other side (might also have to tap with a hammer) and use a 1/16th" hex wrench to secure.

Rotate the ejector to align the locking screw hole
Secure with ejector locking screw.

# THE TAC DADDY - CTRL+PEW

## INSTALLING THE RECIEVER AND SHOE



Parts
- Printed reciever
- Printed receiver shoe
- M5x15 bolt
- M5 nut
- ¼" sex bolt
- Upper tube assembly

& recoil assembly

Verify that the ¼" receiver mating pin fits in the hole at the front of the receiver. You should be able to push it through with your fingers. If not drill it out until you can.

  

Place the m5 bolt up from the bottom of the receiver. Thread on the m5 nut and place the shoe on top of the bolt.

Take the upper tube and insert the recoil plate into the rear of the receiver. Push the upper tube back into it until the securing lug slides into the gap at the front of the receiver. Secure with the front sex bolt.

Tighten the tensioning screw so the upper receiver does not wobble.

Congratulations on your new gun!



**THE TAC DADDY - CTRL+PEW**

# TROUBLESHOOTING

Magazine Fitment issues - This hasn't been a problem in the release version of the lower aside from ETS mags, and only some of them will fall out prematurely. Pmags are king.

Accidental Binary Fire - Check that the hammer pin is installed properly and not walking out.

Feeding problems / denting on the side of the cartridge - Your mag and mag well are not interacting properly. Try tightening the mag catch by another turn if that doesn't work a reprint may be required.(Calibrate first)

If you have problems outside of these please come to the beta room on the Deterrence Dispensed team chat. - chat.deterrencedispensed.com - and seek help there. It will be open for a month or two following this release.

# FUTURE

My plans for generations 2 and 3 of this design are to incorporate different magazines into its compatible offerings as well as work on a printable upper tube body and possibly a single-piece tube and handguard. Please leave any feature requests in the above-mentioned beta room. I'll see what can be done.

Once again, cheers and happy printing. - From Pew with love.

# LICENSE



This work is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International License.