UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | **Case No. 6:26-CV-340** |

**UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants David Chiu in his official capacity as San Francisco City Attorney ("City Attorney Chiu") and Rob Bonta in his official capacity as Attorney General of California ("Attorney General Bonta") (collectively, "Defendants") hereby move the court for an extension of Defendants' deadline to respond to Plaintiffs' amended complaint.   Plaintiffs consent to the relief requested through this motion.

I.    **BACKGROUND**

Plaintiffs filed the complaint in this action on February 11, 2026.  ECF No. 1.  Defendants subsequently moved to dismiss the complaint. *See* ECF No. 33.

1

On May 1, 2026, Plaintiffs filed their first amended complaint. ECF No. 34. The amended complaint adds over 200 additional paragraphs of allegations, as well as several exhibits. The amended complaint also adds three new plaintiffs. On May 6, 2026, Defendants' counsel emailed Plaintiffs' counsel seeking a 21-day extension to June 5, 2026 for Defendants to respond to Plaintiffs' complaint. Tilak Decl. ¶ 7, Ex. A. As Defendants explained, their request for an extension is based, *inter alia*, on the lengthy new allegations in the first amended complaint as well as competing briefing and hearing commitments in the underlying California enforcement action. *Id.* ¶ 5 & Ex. A. On May 8, Plaintiffs' counsel responded indicating that Plaintiffs consented to the requested extension. *Id.* ¶ 8 & Ex. A.

## II.  **ARGUMENT**

Under Federal Rule of Civil Procedure 6(b)(1), the Court may for good cause extend deadlines imposed by the Federal Rules. Here, good cause exists for the 21-day extension that Defendants request given (a) the addition of new plaintiffs and substantial new allegations in Plaintiffs' first amended complaint and (b) the competing briefing and hearing deadlines in the California enforcement action, in which undersigned counsel for City Attorney Chiu represents the People of the State of California.

2

Plaintiffs have indicated that they consent to the extension.  A brief 21-day extension will not result in undue prejudice or delay where, as here, no case schedule has been set.

III.    **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court extend Defendants' deadline to respond to Plaintiffs' first amended complaint to June 5, 2026.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to the relief requested herein.

Dated: May 11, 2026

DAVID CHIU, City Attorney
YVONNE R. MERÉ, Chief Deputy City
Attorney
SARA J. EISENBERG, Chief of Complex &
Affirmative Litigation
RONALD H. LEE, Assistant Chief of
Complex & Affirmative Litigation
KARUN A. TILAK, Deputy City Attorney

By:   /s/Karun A. Tilak
KARUN A. TILAK*
San Francisco City Attorney's Office
1390 Market St., 7th Floor
San Francisco, CA 94102
Telephone:   (415) 355-3308
Email:        karun.tilak@sfcityatty.org

*Attorneys for Defendant David Chiu in his
official capacity as San Francisco City
Attorney*

*admitted pro hac vice

ROB BONTA, Attorney General of California
ANYA M. BINSACCA
CHARLES J. SAROSY, Supervising Deputy
Attorneys General
KRISTIN A. LISKA, Deputy Attorney
General

By:   /s/ Kristin A. Liska
KRISTIN A. LISKA*
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone:   (415) 510-3916
E: mail:       Kristin.Liska@doj.ca.gov

*Attorneys for Defendant Rob Bonta in his
official capacity as Attorney General of
California*

*admitted pro hac vice

4