UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | **Case No. 6:26-CV-340** |

**DECLARATION OF KARUN TILAK IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Karun A. Tilak, declare and state as following:

1. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and lead counsel for Defendant David Chiu in his official capacity as San Francisco City Attorney ("City Attorney Chiu") in the above-captioned matter.

2. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

1

3.    I am also counsel for the People of the State of California in the California enforcement action, *People of the State of California v. Gatalog Foundation, Inc.*, S.F. Super. Ct. No. CGC-26-633508.

4.    In the California enforcement action, the parties are presently briefing defendants' motions to quash service of process for lack of personal jurisdiction.  CtrlPew LLC and Alexander Holladay are defendants in that action and have filed motions to quash. The People of the State of California's opposition to the motions to quash was due on May 6, defendants' reply brief is due on May 20, and a hearing is presently scheduled for May 29, 2026.

5.    On May 1, 2026, Defendants' counsel was served with Plaintiffs' first amended complaint.

6.    On May 6, 2026, I emailed Plaintiffs' counsel requesting a 21-day extension to June 5, 2026 for Defendants to respond to Plaintiffs' first amended complaint.

7.    On May 8, 2026, Plaintiffs' counsel responded indicating that Plaintiffs consent to the requested extension.

8.    Attached hereto as Exhibit A is a true and correct copy of the relevant email correspondence between the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge,

2

and that this declaration was executed in San Francisco, California, on May

11, 2026.

/s/ Karun A. Tilak
KARUN A. TILAK

# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Larosiere |
| **To:** | Tilak, Karun (CAT) |
| **Cc:** | Kristin Liska |
| **Subject:** | Re: CtrlPew LLC, et. al. v. David Chiu, et. al. |
| **Date:** | Friday, May 8, 2026 10:59:58 AM |

Unopposed motion would be best I think

On Fri, May 8, 2026, 1:58 PM Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org> wrote:

> Thanks, Matt.  Please let us know if you would like us to file it as an unopposed motion for
> an extension, or if you would like to enter into a stipulation and proposed order.
>
>
>
> Thanks,
>
>
>
> Karun
>
>
>
>  **Karun Tilak**
>
> Deputy City Attorney
>
> Office of City Attorney David Chiu
>
> Phone: (415) 355-3308
>
> Email:  karun.tilak@sfcityatty.org
>
> www.sfcityattorney.org
>
> ---
>
> **From:** Matthew Larosiere <larosieremm@gmail.com>
> **Sent:** Friday, May 8, 2026 9:59 AM
> **To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
> **Cc:** Kristin Liska <kristin.liska@doj.ca.gov>
> **Subject:** Re: CtrlPew LLC, et. al. v. David Chiu, et. al.
>
>
>
> Plaintiffs consent to the requested extension.

Thanks!


On Fri, May 8, 2026 at 9:50 AM Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org> wrote:

Hi Matt,


I write to follow up on the below. Please let us know Plaintiffs' position regarding our extension request. We are also happy to get on the phone to discuss a proposed briefing schedule on a motion to dismiss.


Karun

---

**From:** Tilak, Karun (CAT)
**Sent:** Wednesday, May 6, 2026 3:13:25 PM
**To:** Matthew Larosiere <larosieremm@gmail.com>
**Cc:** Kristin Liska <kristin.liska@doj.ca.gov>
**Subject:** RE: CtrlPew LLC, et. al. v. David Chiu, et. al.


Matt,


Defendants received Plaintiffs' Amended Complaint, filed on May 1. We would like to request an extension of our deadline to respond to the Amended Complaint to June 5. Our request is based on the lengthy additional allegations added to the amended complaint, the briefing schedule and hearing on the motions to quash in the California enforcement action later this month, and the intervening Memorial Day long weekend.


Please let us know if Plaintiffs are agreeable to our request. Should we file a motion to dismiss the amended complaint, we are happy to discuss any reasonable scheduling modifications you need for an opposition.


Thanks,

 **Karun Tilak**

Deputy City Attorney

Office of City Attorney David Chiu

Phone: (415) 355-3308

Email:  karun.tilak@sfcityatty.org

www.sfcityattorney.org

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Wednesday, April 1, 2026 5:59 PM
**To:** Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
**Cc:** Kristin Liska <kristin.liska@doj.ca.gov>
**Subject:** Re: CtrlPew LLC, et. al. v. David Chiu, et. al.

You can call me anytime Friday afternoon EST

On Wed, Apr 1, 2026 at 4:57 PM Tilak, Karun (CAT) <Karun.Tilak@sfcityatty.org>
wrote:

> Matt,
>
> Would any of the following times work:
>
> - 12-2pm PT/3-5pm ET tomorrow
> - 11:00-11:30am PT/2-2:30pm ET or 12-2pm PT/3-5pm ET on Friday
>
> Thanks,
>
> Karun