## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CTRLPEW LLC, ALEXANDER
HOLLADAY,  CENTURION
PARTNERS GROUP, LLC,
JONATHAN ADAMS, TREY
BICKLEY,

       Plaintiffs,

    v.

DAVID CHIU, OFFICIAL
CAPACITY AS SAN FRANCISCO
CITY ATTORNEY; AND ROB
BONTA, OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF
CALIFORNIA;

       Defendants,

Case No.:  6:26-cv-00340-PGB-
RMN

### ORDER TO SHOW CAUSE

This case is before the Court upon review of the file. Plaintiffs have failed to file a Case Management Report within the time required by Local Rule 3.02(b). Plaintiffs are hereby **DIRECTED** to file a written response within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02(b).  Failure to respond to this Order may result in a dismissal of this action or the imposition of other appropriate sanctions without further notice from the Court.

**DONE AND ORDERED** in Orlando, Florida on May 13, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties