UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

*Defendants*.

_____/

## **PLAINTIFFS' REQUEST FOR ORAL ARGUMENT OR, IF NECESSARY, EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, pursuant to Local Rule 3.01(i), request oral argument on Plaintiffs' Motion for Preliminary Injunction. Oral argument would materially assist the Court because the motion presents important issues of constitutional law, extraterritorial enforcement, and technical nuance.

Plaintiffs estimate that oral argument will require approximately ninety minutes total, with forty-five minutes per side. If the Court instead sets an evidentiary hearing, Plaintiffs estimate that a combined evidentiary hearing and argument will require approximately three hours total.

1

Respectfully submitted,

DATED: May 26, 2026

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar № 1005581
*The Law Offices of Matthew Larosiere.*
6964 Houlton Cir.
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Telephone: (561) 452-7575
*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion was emailed to the following counsel for Defendants:

VESNA CUK
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3782
Fax:  (415) 703-5480
E-mail:  vesna.cuk@doj.ca.gov

KARUN A. TILAK
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:  (415) 355-3308
Fax:  (415) 437-4644
E-mail:  karun.tilak@sfcityatty.org

May 26, 2026

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
*Lead Counsel for Plaintiffs*

2