UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

*Defendants*.

_____/

## DECLARATION OF JONATHAN ADAMS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Jonathan Adams, declare the following:

1. I am over the age of eighteen. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would testify competently to them.

2. I am a Plaintiff in this action.

3. I reside in Florida.

4. I lawfully possess firearms in Florida.

5. I lawfully made and possess a Plastikov V4 firearm in Florida.

6. I have used and relied upon that firearm for lawful purposes in Florida, including home defense.

1

7. Given my home, circumstances, and intended defensive use, I selected the Plastikov V4 as my preferred home-defense firearm.

8. In particular, I prefer the short-barrel pistol configuration for home defense because, in my judgment and experience, it is easier to maneuver indoors than longer firearms while still providing the stability and practical handling characteristics I want for that purpose.

9. My Plastikov V4 is presently inoperable.

10. The problem involves the grip/fire-control assembly area. In the original design I used, the grip has repeatedly loosened from the fire-control module during use or handling.



11. Each time the grip is re-tightened to the fire-control module, it places stress on the fire-control group.

12. In my experience with this firearm, that stress has eventually caused the fire-control group to break or fail in a way that renders the firearm inoperable.

13. I have attempted to fix the problem myself.

14. Over approximately the last two years, I have printed and replaced the fire-control group three times.

15. The first breakage occurred in or around March 2025.

16. The second breakage occurred in or around May 2025.

17. The most recent breakage occurred in or around October 2025.

18. After each breakage, I attempted to restore the firearm to working condition.

19. Each attempt failed to solve the underlying problem because the same grip/fire-control group issue persisted.

20. I have looked for other available models or design solutions that would solve this problem.

21. I have not found any available model that solves the issue I have experienced with my Plastikov V4.

22. I understand that Alexander Holladay has created a reinforced design intended to address this weak point in the Plastikov V4 design.

23. I understand that Mr. Holladay has not made that reinforced design available because of Defendants' enforcement campaign under California Civil Code §§ 3273.61 and 3273.625.

3

24. I want to receive Mr. Holladay's reinforced design.

25. If Mr. Holladay makes the reinforced design available, I intend to download it in Florida.

26. I intend to review and use the reinforced design in Florida.

27. I intend to print and use the reinforced design only in Florida.

28. I seek access to the reinforced design so that I can restore my lawfully possessed Florida firearm to operable condition for lawful use in Florida, including home defense.

29. Because the reinforced design has been withheld, I cannot presently receive, study, download, print, or use it.

30. As a result, I am deprived of information I wish to receive in Florida.

31. I am also deprived of the ability to use that information to repair and restore a firearm I lawfully possess in Florida.

32. The harm to me is ongoing. My Plastikov V4 remains inoperable, and I cannot use it for the lawful defensive purpose for which I selected it.

33. I do not believe waiting until the end of this litigation would adequately remedy this injury because the firearm remains unavailable for lawful defensive use now.

34. If this Court enjoins Defendants from applying or effectuating California Civil Code §§ 3273.61 and 3273.625 against Plaintiffs' Florida speech, Florida receipt of speech, and lawful Florida use of the reinforced design, I intend to

4

receive and use Mr. Holladay's reinforced design as soon as it becomes available.

35. My intended receipt and use of Mr. Holladay's reinforced design would occur entirely in Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2026, in Orange Park, Florida.

JONATHAN ADAMS