UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

*Defendants*.

_____/

## DECLARATION OF TREY BICKLEY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Trey Bickley, declare the following based on my own personal knowledge. If called upon to testify as to the matters set forth in this Declaration, I could and would competently do so.

1. I am over the age of 18, am a Plaintiff in this action, and reside in Florida.

2. I check into ctrlpew.com every couple weeks.

3. I understand Ctrlpew.com to be a premiere resource for firearms design and firearms culture.

4. The files I access through Ctrlpew.com show a high level of engineering problem-solving which push the envelope of burgeoning technology.

5. I enjoy visiting this website to view and archive the files linked there.

1

6. The files I have downloaded include photographs, digital models, and text documents.

7. I primarily observe the files on my home computer. I enjoy opening the digital models and observing them. I will spend time rotating and inspecting the models to see how different shapes were made and represented in 3D space.

8. I enjoy looking at the digital models.

9. I have saved many digital models accessed through the Ctrlpew.com website, including some titled Amigo Verde, Kungpow33 and Songbird pm422.

10. I am waiting to see new models uploaded and updated, including the Plastikov, Cheetah9 and the Urutau.

11. I've also saved great works of expression like the Glong and Joshiewoshie9.

12. I do all of this completely within the state of Florida and am distressed that the updates have ceased and I have been unable to view new models, photographs, and documents.

13. I have no intention of ever going to California, much less enjoying my hobby there. I want to view the works published on Ctrlpew from my home in Florida as normal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2026 in Cape Coral, Florida.

TREY BICKLEY

2