UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

*Defendants*.

_____/

## DECLARATION OF GINO MONICA ON BEHALF OF CENTURION PARTNERS GROUP, LLC

I, Gino Monica, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would testify competently to them.

2. I am the owner of Centurion Partners Group, LLC.

3. I am authorized to make this declaration on behalf of Centurion Partners Group, LLC.

4. Centurion Partners Group, LLC is a Florida limited liability company.

5. Centurion operates in Florida. Its relevant business activities, records, personnel, equipment, and decision-making are located in Florida.

1

6. Centurion is a federally licensed firearms manufacturer. Centurion holds a Type 07 Federal Firearms License.

7. Centurion lawfully conducts firearms-related business in Florida, including manufacturing, repair, prototyping, research and development, gunsmithing, and custom work.

8. In the ordinary course of its business, Centurion reviews technical publications, diagrams, photographs, written guides, digital models, and other firearms-related materials.

9. Centurion uses such materials for lawful business purposes, including evaluating design concepts, understanding part geometry, studying failure points, comparing alternative design approaches, prototyping, manufacturing, customer work, and research.

10. Centurion also uses such materials to stay informed about current developments in firearms design, additive manufacturing, and firearms-related technical culture.

11. CTRLPEW is one source Centurion uses for firearms-related publications and technical materials.

12. Centurion accesses CTRLPEW from Florida.

13. Centurion receives, reviews, studies, saves, and uses CTRLPEW publications in Florida.

2

14. The CTRLPEW materials Centurion uses include written guides, photographs, renderings, explanatory materials, links to other resources, and three-dimensional digital model files.

15. Centurion personnel can open and inspect three-dimensional digital models to view geometry, evaluate designs, identify potential stress points, and understand how a designer approached a mechanical problem.

16. Centurion does not rely on a digital model file alone as a substitute for professional judgment, lawful compliance, or manufacturing decisions.

17. Centurion has a specific interest in receiving and reviewing new and updated works from CTRLPEW and Alexander Holladay.

18. Centurion would receive, study, save, and use new CTRLPEW works in Florida if they were available.

19. Centurion is aware that Alexander Holladay has withheld or delayed publication of certain works because of Defendants' enforcement campaign under California Civil Code §§ 3273.61 and 3273.625.

20. Centurion would receive and review those withheld works in Florida if Holladay and CTRLPEW published them.

21. Centurion has a specific business interest in reviewing the withheld Plastikov V4 reinforced fire-control housing.

22. Centurion would review that work for lawful purposes, including prototyping, comparison to existing designs, evaluation of failure-point reinforcement, and offering to make the designs for our customers.

3

23. Centurion also has a specific business interest in staying abreast of developments in the firearms technical space, and has depended upon CTRLPEW's publications and links to new developments.

24. Centurion has an interest in CTRLPEW's written materials as well as its model files. The written materials often explain the design rationale, safety considerations, limitations, intended use, and context for the design.

25. Those written materials are valuable to Centurion because the business needs to understand not only a part's geometry, but also the author's explanation of the design problem and proposed solution.

26. Centurion's ability to receive and review these publications is important to its business.

27. Defendants' enforcement campaign has interfered with Centurion's ability to receive new publications from CTRLPEW.

28. Because Holladay has stopped or delayed publishing new works, Centurion cannot receive, review, save, evaluate, or use those works in Florida.

29. This causes immediate harm to Centurion, which includes loss of access to current technical information, loss of opportunity to evaluate new designs, loss of opportunity to use new works in lawful Florida business activity, and loss of participation in current technical and design discussions.

30. When Centurion cannot access current publications when they are available or when they would otherwise be published, the business loses timely access to information and design developments.

4

31. If a work is withheld for months or years, Centurion cannot simply recover the lost opportunity later. The missed opportunity to evaluate or use the work at the relevant time is lost, putting Centurion at a competitive disadvantage.

32. Centurion's intended use of CTRLPEW publications is lawful in Florida.

33. Centurion's intended use of CTRLPEW publications is connected to lawful firearms-related business activity in Florida.

34. Centurion does not seek to use CTRLPEW publications to violate California law.

35. If this Court enjoins Defendants from applying or effectuating California Civil Code §§ 3273.61 and 3273.625 against CTRLPEW's Florida publication activity and Florida publication infrastructure, Centurion would immediately resume receiving and reviewing new CTRLPEW publications as they become available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2026, in West Palm Beach, Florida.

_____

GINO A. MONICA
CENTURION PARTNERS GROUP

5