UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CTRLPEW LLC, *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,<br><br>                              Defendants. | Case No.: 6:26-cv-340-PGB-RMN |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 3.01(e), Defendants David Chiu sued in his official capacity as San Francisco City Attorney and Rob Bonta sued in his official capacity as Attorney General of California (collectively "Defendants") respectfully move this Court for leave to file a reply to Plaintiffs' opposition to Defendants' motion to dismiss.  Defendants request to have until July 10, 2026, to file a reply brief of no more than five pages calculated in accordance with Local Rule 3.01(a).  Plaintiffs have indicated that they do not oppose the requested relief.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court."  *Weiss v.*

1

*AT&T Inc., et al.*, Case No: 6:23-cv-120-WWB-EJK, 2023 WL 3092631, at *1 (M.D. Fla. April 26, 2023) (citing *Tardif v. People for the Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011)).  "The Court will grant leave to file a reply brief where the reply will benefit the Court's resolution of the pending motion."  *Weiss*, 2023 WL 3092631, at *1 (granting motion to file reply in support of motion to compel arbitration) (citation omitted).

Defendants seek leave to file a brief reply to address new caselaw cited in Plaintiffs' opposition to the motion to dismiss.  Specifically, Plaintiffs' opposition brief relies on the Seventh Circuit's recent decision in *American Academy of Pediatrics v. Uthmeier*, -- F.4th ---, 2026 WL 1785466 (7th Cir. June 22, 2026) ("*AAP*"), to argue that *Younger* abstention does not apply and that the Court has personal jurisdiction over Defendants.  *See* ECF No. 50 (MTD Opp.) at pp. 6, 11.  Plaintiffs claim that this case is "closer" to *AAP* than to the cases cited in Defendants' motion.  *Id.* at 11.

The Seventh Circuit's decision in *AAP* was issued on June 22, 2026, after Defendants filed their motion to dismiss, and thus Defendants did not have an opportunity to address it in their motion.  In their proposed reply brief, Defendants would explain why *AAP* is distinguishable from the present case and inapplicable to Defendants' *Younger* and personal jurisdiction arguments.  Given Plaintiffs' reliance on *AAP* to oppose two of Defendants'

arguments for dismissal, Defendants believe that the Court would benefit from the proposed short reply brief in addressing the jurisdictional issues in Defendants' pending motion to dismiss.

Therefore, Defendants respectfully request that the Court grant Defendants' motion for leave to file a reply brief of no more than five pages on or before July 10, 2026.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Defendants conferred with counsel for Plaintiffs via email on June 30 and July 1, 2026, and Plaintiffs do not oppose the requested relief.

Dated: July 1, 2026        DAVID CHIU, City Attorney
YVONNE R. MERÉ, Chief Deputy City Attorney
SARA J. EISENBERG, Chief of Complex & Affirmative Litigation
RONALD H. LEE, Assistant Chief of Complex & Affirmative Litigation
KARUN TILAK, Deputy City Attorney

By:  */s/Karun A. Tilak*
KARUN A. TILAK*
San Francisco City Attorney's Office
1390 Market St., 7th Floor
San Francisco, CA 94102
Telephone:  (415) 355-3308
Email:    karun.tilak@sfcityatty.org

*Attorneys for Defendant David Chiu in his official capacity as San Francisco City Attorney*

*admitted pro hac vice

3

ROB BONTA, Attorney General of California
ANYA M. BINSACCA
CHARLES J. SAROSY, Supervising Deputy
Attorneys General
KRISTIN A. LISKA, Deputy Attorney General

By: _/s/ Kristin A. Liska_
KRISTIN A. LISKA*
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3916
E: mail:     Kristin.Liska@doj.ca.gov

*Attorneys for Defendant Rob Bonta in his
official capacity as Attorney General of
California*

*admitted pro hac vice

4