UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

                *Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

                *Defendants*.

_____/

## NOTICE OF SELECTION OF MEDIATION DATE

As directed by (Doc. 46), Plaintiffs hereby give notice that the undersigned has

contacted opposing counsel and the appointed mediator. The parties have selected a

mediation date of February 19, 2027.

DATED: July 22, 2026

        */s/ Matthew Larosiere*____
        Matthew Larosiere, Esq.
        Fla. Bar № 1005581
        *The Law Offices of Matthew Larosiere.*
        6964 Houlton Cir.
        Lake Worth, FL 33467
        Email: Larosieremm@gmail.com
        Telephone: (561) 452-7575
        *Lead Counsel for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion was emailed to the following counsel for Defendants:

VESNA CUK
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3782
Fax:  (415) 703-5480
E-mail:  vesna.cuk@doj.ca.gov

KARUN A. TILAK
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA  94102-5408
Telephone:  (415) 355-3308
Fax:  (415) 437-4644
E-mail:  karun.tilak@sfcityatty.org

July 22, 2026

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
*Lead Counsel for Plaintiffs*