UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER
HOLLADAY, CENTURION PARTNERS
GROUP, LLC, JONATHAN ADAMS, and
TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San
Francisco City Attorney, and ROB BONTA, in
his official capacity as Attorney General of
California,

*Defendants*.

_____/

## **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, through undersigned counsel, respectfully respond to the Court's July 8, 2026 Order to Show Cause (Doc. 53). The Scheduling Order required Plaintiffs' counsel to reserve a mediation date and file notice of the selected date within fourteen days. (Doc. 46 at 3.)

Counsel acknowledges that the notice was not filed within the prescribed time. The omission was inadvertent, and counsel apologizes to the Court. Counsel will take care to comply with each remaining deadline in the Scheduling Order.

Plaintiffs cured the omission on July 22, 2026, by filing their Notice of Selection of Mediation Date. The notice advises that the parties and the appointed mediator selected February 19, 2027, well before the April 12, 2027 mediation deadline. (Doc. 46 at 3.)

i

Because the required notice has been filed and no case deadline has been affected, Plaintiffs respectfully request that the Court discharge the Order to Show Cause without further action.

DATED: July 22, 2026

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar № 1005581
*The Law Offices of Matthew Larosiere.*
6964 Houlton Cir.
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Telephone: (561) 452-7575
*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, the foregoing was filed through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

July 22, 2026

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
*Lead Counsel for Plaintiffs*

2