UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:26-cv-340

CTRLPEW LLC, ALEXANDER HOLLADAY, CENTURION PARTNERS GROUP, LLC, JONATHAN ADAMS, and TREY BICKLEY,

*Plaintiffs*,

v.

DAVID CHIU, in his official capacity as San Francisco City Attorney, and ROB BONTA, in his official capacity as Attorney General of California,

*Defendants*.

______________________________________/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to M.D. Fla. L.R. 3.01(j), Plaintiffs notify the Court of *National Shooting Sports Foundation v. Attorney General New Jersey*, No. 25-2546, 2026 WL 2639295 (3d Cir. Sept. 8, 2026).

*NSSF* supplements Plaintiffs' argument that *Younger* does not bar Centurion, Bickley, and Adams from pursuing their independent claims. *See* Doc. 50 at 4 (§ I.B). Addressing the contention that a federal declaration would provide a defendant with an absolute defense in pending state litigation, the court explained: "That collateral effect is not the kind of direct interference *Younger* contemplates." *NSSF*, 2026 WL 2639295, at *7. The court further concluded: "NSSF and Glock do not share a corporate relationship, an employer-employee relationship, or any other relationship implying control, ownership, or management." Id. at *10.

*NSSF* also supplements Plaintiffs' Commerce Clause argument concerning regulation of out-of-state activity. *See* Doc. 42 at 20 (§ I.G). In its standing analysis, the court explained: "Similarly, as NSSF alleges, A1765 arguably regulates extraterritorial commerce. A1765 does not limit its application to 'gun industry member[s]' who do business in New Jersey." NSSF, 2026 WL 2639295, at *5. The court also observed: "The suit against Eagle Shows and JSD Supply, both Pennsylvania companies, alleges unreasonable conduct that occurred wholly in Pennsylvania. This creates a substantial threat of enforcement against NSSF's members outside of New Jersey, triggering its Commerce Clause theory." *Id*. at *6.

DATED: September 26, 2026

*/s/ Matthew Larosiere*____
Matthew Larosiere, Esq.
Fla. Bar № 1005581
*The Law Offices of Matthew Larosiere.*
6964 Houlton Cir.
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Telephone: (561) 452-7575
*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2026, the foregoing was filed through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

September 26, 2026

*/s/ Matthew Larosiere*____
Matthew Larosiere, Esq.
*Lead Counsel for Plaintiffs*